CENTER FOR DISABILITY ACCESS
Ray Ballister Jr., Esq., SBN 111282
Russell Handy, Esq., SBN 195058
Dennis Price, Esq., SBN 279082
Amanda Seabock, Esq., SBN 289900
8033 Linda Vista Road, Suite 200
San Diego, CA 92111
(858) 375-7385; (888) 422-5191 fax
amandas@potterhandy.com
Attorneys for Plaintiff

Shawn Sasooness, Esq. (SBN: 300768)
Steven Ortiz, Esq. (SBN: 329003)
SASOONESS LAW GROUP
6300 Canoga Ave., Suite 1740
Woodland Hills, CA 91367
Telephone No.: 818-922-7700
Facsimile No.: 818-922-7750
shawn@saslg.com/sortiz@saslg.com
Attorneys for Defendant
Gage Plaza LLC

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| ORLANDO GARCIA, | Case No.: 2:21-cv-01515-FLA-SK |
|---|---|
| Plaintiff, | **JOINT STIPULATION FOR DISMISSAL PURSUANT TO F.R.C.P. 41 (a)(1)(A)(ii)** |
| v. | |
| GAGE PLAZA LLC, a Nevada Limited Liability Company, | |
| Defendants. | |

Pursuant to F.R.CIV.P.41 (a)(1)(A)(ii), IT IS STIPULATED by and between the parties hereto that this action may be dismissed with prejudice as to all parties; each party to bear his/her/its own attorneys' fees and costs. This stipulation is made as the matter has been resolved to the satisfaction of all parties.

1  Dated: July 09, 2021          CENTER FOR DISABILITY ACCESS

2

3                                By:    /s/ Amanda Seabock
                                        Amanda Seabock
4                                       Attorneys for Plaintiff

5

6  Dated:                        SASOONESS LAW GROUP

7

8

9                                By:    _____
                                        Shawn Sasooness
10                                      Steven Ortiz
                                        Attorneys for Defendant
11                                      Gage Plaza LLC

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

Pursuant to F.R.CIV.P.41 (a)(1)(A)(ii), IT IS STIPULATED by and between the parties hereto that this action may be dismissed with prejudice as to all parties; each party to bear his/her/its own attorneys' fees and costs. This stipulation is made as the matter has been resolved to the satisfaction of all parties.

Dated:                        CENTER FOR DISABILITY ACCESS

By: _____
Amanda Seabock
Attorneys for Plaintiff

Dated: 7/8/21            SASOONESS LAW GROUP

By: _____
Shawn Sasooness
Steven Ortiz
Attorneys for Defendant
Gage Plaza LLC